learned surrogate's own motion, without appearance by the administrators, who were duly cited. There was no appearance on this appeal by the administrators, and no brief filed. We are without information as to the grounds upon which the prayer of the petition was denied. In the circumstances, we conclude that, in the absence of objection, the petitioners should have been accorded the relief sought to the extent above indicated. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur. Settle order.

THYRZA BENSON FLAGG, Individually, and BROOKLYN TRUST COMPANY and R. STUYVESANT PIERREPONT, Trustees, etc., of MARY BENSON, Deceased, Appellants, v. ROBERT MOSES and Others, Individually and as Commissioners of the LONG ISLAND STATE PARK COMMISSION and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. We are of opinion that we may not, by certifying questions, dispense with the constitutional requirement that defendants stipulate for judgment absolute in the event of affirmance. (*Mundt* v. *Glokner*, 24 App. Div. 110; 160 N. Y. 571; *New York Central & Hudson River Railroad Company* v. *State of New York*, 166 id. 286; *Smith* v. *Furst*, 188 App. Div. 892; *Gross & Son* v. *State of New York*, 243 N. Y. 629.) Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

JOHN C. JUDGE, as Trustee of THE LAURELTON LAND OWNERS GRIEVANCE AND MOVEMENT ASSOCIATION FOR REDRESS, Respondent, v. THE CONTINENTAL BANK OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

JOHN E. ANDERSON, Respondent, v. FIFTH AVENUE COACH COMPANY, Defendant, and ROBERT STITES, Appellant.— Order denying motion of defendant Stites to vacate and set aside order permitting the issuance of a supplemental summons and complaint modified by striking therefrom the provision that the case maintain its position on the trial calendar, and by providing that plaintiff be required to file a new notice of trial and a new note of issue. As so modified, the order is affirmed, without costs. No opinion. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

MARGARET ANDERSON, an Infant, etc., by JOHN E. ANDERSON, Her Guardian ad Litem, Respondent, v. FIFTH AVENUE COACH COMPANY, Defendant, and ROBERT STITES, Appellant.— Order denying motion of defendant Stites to vacate and set aside order permitting the issuance of a supplemental summons and complaint modified by striking therefrom the provision that the case maintain its position on the trial calendar, and by providing that plaintiff be required to file a new notice of trial and a new note of issue. As so modified, the order is affirmed, without costs. No opinion. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

HERBERT ASKOWITH, Appellant, v. NEWCOMB CARLTON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

ALEXANDER BERENSON and HARRY POLLACK, Respondents, v. JOSEPH O'NEIL and Others, Defendants. FRANK J. SCALISE, Purchaser, Appellant.— Order denying purchaser's motion to be relieved from purchase affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.